1 | XAVIER BECERRA
Attorney General of California
2 | THOMAS S. PATTERSON
Senior Assistant Attorney General
3 | JOHN W. KILLEEN
Deputy Attorney General (attorney for notice)
4 | State Bar No. 258395
  1300 I Street, Suite 125
5 |   P.O. Box 944255
  Sacramento, CA 94244-2550
6 |   Telephone: (916) 210-6045
  Fax: (916) 324-8835
7 |   E-mail: John.Killeen@doj.ca.gov
*Attorneys for Defendant California Labor*
8 | *Commissioner Julie Su*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RICK SIEGEL,**<br><br>             Plaintiff,<br><br>    **v.**<br><br>**JULIE SU,** in her official capacity as the California Labor Commissioner**,**<br><br>             Defendant. | Case No. 2:17-cv-07203 CAS (SSx)<br><br>**[PROPOSED]** **JUDGMENT**<br><br>Date:        February 12, 2018<br>Time:       10:00 a.m.<br>Courtroom:  8D<br>Judge:      Hon. Christina A. Snyder<br>Trial Date:  None Set<br>Action Filed: September 29, 2017 |

Having considered the California Labor Commissioner's motion for judgment on the pleadings and Rick Siegel's motion for summary judgment, the oppositions to the motions, and the replies in support of the motions, and having heard oral argument on both motions, for the reasons articulated in the Court's March 16, 2018, civil minute order (Dkt. No. 31), it is hereby ordered, adjudged, and decreed that:

(1) The California Labor Commissioner's motion for judgment on the pleadings is granted;

(2) Rick Siegel's motion for summary judgment is denied;

(3) The complaint, as removed on September 29, 2017, and as amended November 29, 2017 (Dkt. No. 12), is dismissed with prejudice.

(4) Judgment is entered in favor of California Labor Commissioner Julie Su on all causes of action.

IT IS SO ORDERED.

Dated: March 27, 2018

*[signature: Christina A. Snyder]*

The Honorable Christina A. Snyder
District Judge

SA2017109057
12864767.docx